JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SOLORIO,<br><br>  Petitioner,<br><br>  v.<br><br>JEFFREY BEARD,<br><br>  Respondent. | Case No. CV 14-5663-KK<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order filed contemporaneously with this Judgment, IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

Dated: February 12, 2015

HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE